IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:03CR456
                              )
      v.                      )
                              )
MICHAEL ATKINS,               )         AMENDED ORDER
                              )
            Defendant.        )
_____)
```

IT IS ORDERED that hearing on the petition for warrant or summons for offender under supervision (Filing No. 25) is rescheduled for:

**Friday, June 16, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 11th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court