IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR456 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL ATKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that hearing on the petition for warrant or summons for offender under supervision (Filing No. 25) is rescheduled for:

**Thursday, June 22, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 24th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court