IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR456 |
| v. | ) | |
| MICHAEL P. ATKINS, | ) | ORDER |
| Defendants. | ) | |

This matter came before the Court on the 19th day of May, 2006, on the Amended Petition for Warrant on Summons for Offender Under Supervision (Filing No. 40). The defendant was represented by Jason E. Troia. The defendant admitted allegations 1-8 of the Amended Petition. Accordingly, the Court finds the defendant has violated the terms of his supervised release and that the defendant's supervised release should be revoked.

IT IS ORDERED:

1) The defendant's term of supervised release imposed on March 5, 2004, and which commenced on January 12, 2006, is hereby revoked.

2) The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one year. The Court recommends the defendant be given credit for time served.

3)  Upon release from imprisonment, the defendant shall be on supervised release for a term of one year on the same terms and conditions as were imposed in the initial term of supervised release in the above-captioned matter.

DATED this 24th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

                                                      Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

                                                      UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

                                                      UNITED STATES WARDEN

By: _____