IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR456 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL P. ATKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court pursuant to the Petition for Warrant or Summons for Offender Under Supervision filed on July 5, 2007 (Filing No. 49). The defendant appeared before the Court, with counsel, and admitted allegations two and three contained in the Petition. Allegation number one was dismissed on a motion of the government. The Court finds the defendant has violated the terms of his supervised release as alleged in numbered paragraphs two and three of the Petition for Warrant or Summons for Offender Under Supervision.

The matter proceeded to disposition. The Court received evidence from the defendant and heard argument from the parties. The Court finds the defendant's supervised release should be revoked. Accordingly,

IT IS ORDERED that defendant's supervised release is revoked and he is committed to the custody of the Bureau of Prisons to serve a term of twelve (12) months

imprisonment.  The Court recommends the defendant be given credit for time served.  No further period of supervised release is imposed.

        DATED this 9th day of August, 2007.

                BY THE COURT:

                /s/ Lyle E. Strom

                LYLE E. STROM, Senior Judge
                United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

                                               _____
                                                        Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

                                               _____
                                                        UNITED STATES WARDEN

                               By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

                                               _____
                                                        UNITED STATES WARDEN

                               By: _____